UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CLYDE MONTERO, et al.,

    Plaintiff(s),

v.

KNIGHT TRANSPORTATION, INC., et al.,

    Defendant(s).

Case No.: 2:19-cv-02119-RFB-NJK

**Order**

[Docket Nos. 10, 11, 12]

Pending before the Court is Plaintiffs' motion to substitute counsel, Docket No. 12, which is **GRANTED**.

Also pending before the Court are two discovery plans. Docket Nos. 10, 11. Those discovery plans are defective in that Plaintiff's counsel did not convene the Rule 26(f) conference and discovery plans must be filed jointly. *See* Local Rule 26-1(a). In addition, the proposed deadlines are erroneous.[1] Accordingly, the discovery plans are **DENIED**. An amended, joint discovery plan must be filed by February 6, 2020.

IT IS SO ORDERED.

Dated: January 30, 2020

Nancy J. Koppe
United States Magistrate Judge

---

[1] Counsel must check their filings for accuracy. Both proposed discovery plans represent that they seek a discovery period of 180 days resulting in a discovery cutoff of February 10, 2021. Docket No. 10 at 3; Docket No. 11 at 3. Those representations are way off the mark, as adopting the proposed discovery cutoff would actually result in a 439-day discovery period.

1