# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CLYDE MONTERO, et al.,

    Plaintiff(s),

v.

KNIGHT TRANSPORTATION INC., et al.,

    Defendant(s).

Case No.: 2:19-cv-02119-RFB-NJK

**Order**

This case involves several minors who are Plaintiffs and the parties have filed numerous documents that include their full names. *See* Docket No. 1 at 8; *see also* Docket No. 12 at 3. Documents filed in this Court must be redacted to include only the initials for minor children. Local Rule IC 6-1(a)(2). Accordingly, the Clerk's Office is **INSTRUCTED** to seal Docket Nos. 1, 2, 3, 4, 8, 9, 10, 11, 12, 14 and 15. The party responsible for filing each of those documents must file a properly redacted version no later than February 13, 2020. **The Court expects strict compliance from the parties moving forward with all applicable rules.**

The Clerk's Office is further **INSTRUCTED** to modify the docket so that it identifies the minor Plaintiffs as J.V., I.V., and N.V.

IT IS SO ORDERED.

Dated: February 6, 2020

                                                        Nancy J. Koppe
                                                        United States Magistrate Judge