Joel D. Odou
Nevada Bar No. 7468
Analise N. M. Tilton
Nevada Bar No. 13185
Betty J. Foley
Nevada Bar No. 14517
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Telephone: 702 251 4100
Facsimile: 702 251 5405
jodou@wshblaw.com
atilton@wshblaw.com
bfoley@wshblaw.com

Attorneys for Knight Transportation, Inc., Knight Refrigerated, LLC, and Kevin Cornish

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| CLYDE MONTERO, an individual, AMY MONTERO, an individual, J.V., an individual, I.V., an individual, and N.V., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>KNIGHT TRANSPORTATION, INC., an Arizona corporation, KNIGHT REFRIGERATED, LLC, an Arizona limited liability company, KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC., an Arizona corporation, KEVIN CORNISH, an individual, DOES I through XX, and ROE CORPORATIONS 1 through 100,<br><br>Defendants. | Case No. 2:19-cv-02119-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF AMY MONTERO'S COMPLAINT WITH PREJUDICE, AGAINST DEFENDANTS**<br><br>Trial: None Set |

### STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF AMY MONTERO'S COMPLAINT WITH PREJUDICE, AGAINST DEFENDANTS

COMES NOW, Plaintiff, AMY MONTERO (hereinafter "Plaintiff") and Defendants, KNIGHT TRANSPORTATION, INC., KNIGHT REFRIGERATED, LLC, and KEVIN CORNISH

(hereinafter "Defendants"), by and through their undersigned counsel and hereby STIPULATE to DISMISSAL of Plaintiff Amy Montero's Complaint, WITH PREJUDICE, against DEFENDANTS Knight Transportation, Inc., Knight Refrigerated, LLC, and Kevin Cornish. Each party to bear their own fees and costs.

This Stipulation may be executed in one or more counterparts, each of which shall constitute a duplicate original. A facsimile or other non-original signature shall still create a binding and enforceable agreement.

**IT IS SO STIPULATED.**

DATED: May 11, 2021

**LADAH LAW FIRM**

By: _____
RAMZY P. LADAH, ESQ.
Nevada Bar No. 11405
CARL R. HOUSTON, ESQ.
Nevada Bar No. 11161
517 S. Third Street
Las Vegas, NV 89101

*Attorney for Plaintiff,*
**AMY MONTERO**

DATED: May 12, 2021

**WOOD, SMITH, HENNING & BERMAN, LLP**

By: /s/ Betty J. Foley
JOEL D. ODOU, ESQ.
Nevada Bar No. 9374
ANALISE N. M. TILTON, ESQ.
Nevada Bar No. 13185
BETTY J. FOLEY, ESQ.
NevadaBar No. 14517
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Tel. 702 251 4100

*Attorneys for Defendants,* **KNIGHT TRANSPORTATION, INC., KNIGHT REFRIGERATED, LLC, and KEVIN CORNISH**

# ORDER

Pursuant to the above Stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff Amy Montero's claims, *only*, in the action entitled *Clyde Montero, et al. v. Knight Transportation, Inc., et al.*, United States District Court Case No. *2:19-cv-02119-RFB-NJK*, is dismissed, WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Stipulation may be executed in one or more counterparts, each of which shall constitute a duplicate original. A facsimile or other non-original signature shall still create a binding and enforceable agreement.

DATED this 13th day of May, 2021.

_____
RICHARD F. BOULWARE, II
United States District Court

Respectfully Submitted by:

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law

By    */s/ Betty J. Foley*
_____
JOEL D. ODOU
Nevada Bar No. 7648
ANALISE N. M. TILTON
Nevada Bar No. 13185
BETTY J. FOLEY
Nevada Bar No. 14517
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Tel. 702 251 4100

Attorneys for Defendant, Knight Transportation, Inc., Knight Refrigerated, LLC and Kevin Cornish