**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**CARL R. HOUSTON**
Nevada Bar No. 11161
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLYDE MONTERO, an individual, AMY MONTERO, an individual, J.V., an individual, I.V., an individual, and N.V., an individual, | CASE NO.: 2:19-cv-02119-RFB-NJK |
| Plaintiffs, | |
| vs. | **STIPULATION FOR CONTINUANCE OF TRIAL DATE** |
| KNIGHT TRANSPORTATION, INC., an Arizona corporation, KNIGHT REFRIGERATED, LLC, an Arizona limited liability company, KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC., an Arizona corporation, KEVIN CORNISH, an individual, DOES I through XX, and ROE CORPORATIONS 1 through 100, | |
| Defendants. | |

Plaintiffs, by and through their attorneys Ramzy P. Ladah and Carl R. Houston of the Ladah Law Firm, and Defendants Knight Transportation, Inc., Knight Refrigerated, LLC, and Kevin Cornish, by and through their attorneys, Jade N. Tran and Kyle J. Hoyt of Wood, Smith, Henning & Berman LLP, hereby stipulate to continue the trial date pursuant to LR 6-1, LR 7-1 and LCR 45. Specifically per LR 6-1, the parties have conferred and determined that they cannot proceed on the September 5, 2023 trial date for several reasons.

First, despite efforts to resolve these matters, Plaintiffs' counsel has no less than four trials before the end of the year, including but not limited to the following older/contemporaneous cases:

- 2017 state court case (Vallejo-Gascon v. Polanco:  Case No. A-17-764166-C), which is a three-week trial set for September 5, 2023

- 2019 state court case (Morales, et al. v. R&M Trucking:  Case No. A-19-789743-C), which is a 2–3-week trial on the October 9, 2023 trial stack

- 2019 state court case (Saber El-Bendary v. Cherry:  Case No. A-19-804592-C), which will be 2-3 weeks in September or October

- 2019 federal court case (Peters v. Knight Trucking, et al.:  Case No. 2-19-cv-GMN-EJY), which is also slated to go three weeks starting the week of 11/13.

Second, as the parties conferred regarding their respective case-in-chiefs—including their prospective witness list—the estimated trial time is now 6-8 days.

Third, the parties have recently engaged in renewed discussions to settle this matter and would like additional time to evaluate whether resolution is possible.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

1    Accordingly, in light of the foregoing terms, the parties respectfully request an order

2  continuing the September 5, 2023 trial setting and related dates to one of the following:

3    1) March 11, 2024
     2) March 18, 2024
4    3) March 25, 2024
     4) January 8, 2024
5
   If the Court cannot accommodate any of the parties' proposed dates, the parties will make
6
   themselves available for any hearing this Court wants to schedule to discuss the same.
7

8  DATED this 28th day of July 2023.          DATED this 28th day of July 2023.

9  **LADAH LAW FIRM**                         **WOOD, SMITH, HENNING & BERMAN LLP**

10 */s/ Ramzy P. Ladah*                       */s/ Kyle J. Hoyt*

11 _____            _____
   **RAMZY P. LADAH, ESQ.**                   **KYLE J. HOYT, ESQ.**
12 Nevada Bar No. 11405                        Nevada Bar No. 14886
   **CARL R. HOUSTON, ESQ.**                  **JADE N. TRAN, ESQ.**
13 Nevada Bar No. 11161                        Admitted Pro Hac Vice
   517 S. Third Street                         2881 Business Park Court, Suite 200
14 Las Vegas, NV 89101                         Las Vegas, Nevada 89128-9020
15 *Attorneys for Plaintiffs*                  *Attorneys for Knight Transportation, Inc., Knight*
                                               *Refrigerated, LLC, and Kevin Cornish*
16

17    **IT IS SO ORDERED. The Court resets the trial date to June 3, 2024 at 8:30 a.m.**

18   **with Calendar call 5/28/2024 at 1:30 p.m. An Order regarding trial shall re-issue at**

19   **a later date.**

20    Dated this 2nd day August 2023.

21

22 

23

24   _____
     **United States District Court Judge**

25

26

27

28