Joel D. Odou
Nevada Bar No. 7468
Kyle J. Hoyt
Nevada Bar No. 14886
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Telephone: 702 251 4100
Facsimile: 702 251 5405
jodou@wshblaw.com
khoyt@wshblaw.com

Attorneys for Knight Transportation, Inc., Knight Refrigerated, LLC, and Kevin Cornish

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| CLYDE MONTERO, an individual, AMY MONTERO, an individual, J.V., an individual, I.V., an individual, and N.V., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>KNIGHT TRANSPORTATION, INC., an Arizona corporation, KNIGHT REFRIGERATED, LLC, an Arizona limited liability company, KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC., an Arizona corporation, KEVIN CORNISH, an individual, DOES I through XX, and ROE CORPORATIONS 1 through 100,<br><br>Defendants. | Case No. 2:19-cv-02119-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff CLYDE MONTERO (Plaintiff"), and Defendants KNIGHT TRANSPORTATION, INC., KNIGHT REFRIGERATED, LLC, KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC., AND KEVIN CORNISH ("Defendants") (collectively the "Parties") by and through their respective undersigned counsel, stipulate and agree that Plaintiff's complaint is to be dismissed, with prejudice and with each party to bear their attorneys' fees and costs.

THE PARTIES HEREBY STIPULATE AND AGREE that they have reached resolution

and of this matter wherein Plaintiff hereby stipulates to dismiss any and all claims, known and unknown, in this matter against all Defendants, WITH PREJUDICE, each party to bear their own attorney's fees and costs. There is no current trial date set in this matter.

THE PARTIES HEREBY STIPULATE AND AGREE that this Stipulation may be executed in one or more counterparts, each of which shall constitute a duplicate original. A facsimile or other non-original signature shall still create a binding and enforceable agreement.

IT IS SO STIPULATED:

DATED this 16th day of July, 2024.

**WOOD, SMITH, HENNING & BERMAN LLP**

By: */s/ Kyle J. Hoyt*
JOEL D. ODOU
Nevada Bar No. 7468
KYLE J. HOYT
Nevada Bar No. 14886
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Tel. (702) 251-4100

*Attorneys for Knight Transportation, Inc., Knight Refrigerated, LLC, and Kevin Cornish*

DATED this 16th day of July, 2024.

**LADAH LAW FIRM**

By: */s/Carl R. Houston,*
RAMZY P. LADAH, ESQ.
Nevada Bar No. 11405
CARL R. HOUSTON, ESQ.
Nevada Bar No. 111161
517 S. Third Street
Las Vegas, NV 89101
Tel. (702) 252-0055

*Attorneys for Plaintiffs, Clyde Montero and Amy Montero*

### ORDER

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint is dismissed, with prejudice, in Case No. 2:19-cv-02119-RFB-NJK. The parties are to bear their own attorney fees and costs.

**IT IS SO ORDERED.**

Dated: July 18, 2024.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE